# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PENSKE TRUCK LEASING CO. )
                         )
    Plaintiff )
                         )
v.                       )    Case No. MJG 02 CV 3589
                         )
WORLD WIDE DELIVERY, INC. )
d/b/a World Wide Delivery Service )
                         )
    Defendant )
_____)

### ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT

Upon consideration of Plaintiff's motion for judgment by default,

Defendant having failed to answer or otherwise respond to the complaint filed

herein, and good cause appearing therefor, it is accordingly this _10th_ day of

February 2003

**ORDERED**, that the motion be and it is hereby GRANTED; and it is

further

**ORDERED**, that judgment be and it is hereby entered in favor of

Penske Truck Leasing Co. and against World Wide Delivery, Inc. d/b/a World

Wide Delivery Service in the amount of $154,794.71, plus costs and attorneys'

fees as approved by this Court upon application therefor; and it is further

**ORDERED**, that the judgment entered herein shall accrue post-

judgment interest from the date hereof ~~at the rate of ___ % per annum~~ _as provided by law_.

**JUDGE**, U.S. District Court