UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PENSKE TRUCK LEASING CO.**  )<br>)<br>  Plaintiff  )<br>)<br>v.  )  Civ. No. MJG 02 CV 3589<br>)<br>**WORLD WIDE DELIVERY, INC**.  )<br>d/b/a World Wide Delivery Service  )<br>)<br>  Defendant  )<br>_____ ) | |

**PETITION FOR DISCOVERY IN AID OF ENFORCEMENT OF JUDGMENT**

Penske Truck Leasing Co., Plaintiff, through counsel, respectfully requests that this Court enter an Order directing the Defendant/ Judgment Debtor to appear for examination in aid of enforcement of judgment, and in support thereof, respectfully says:

1. This Court entered judgment by default against Defendant on February 10, 2003 in the amount of $154,794.71.

2. More than thirty (30) days has elapsed since entry of the judgment.

3. Plaintiff is entitled to the benefit of law pertaining to supplementary proceedings against the Defendant, World Wide Delivery, Inc..

**WHEREFORE**, Penske Truck Leasing Co. respectfully requests that this Court enter an order in the form annexed hereto, and for such other and further relief as justice may require.

Date: _____                    _____
                                  James P. Koch
                                  1101 St. Paul St.
                                  Suite 404
                                  Baltimore, MD 21202
                                  410 539 7816
                                  *Attorney for Penske Truck Leasing Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PENSKE TRUCK LEASING CO.** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civ. No. MJG 02 CV 3589 |
| ) | |
| **WORLD WIDE DELIVERY, INC**. ) | |
| d/b/a World Wide Delivery Service ) | |
| ) | |
| Defendant ) | |
| _____) | |

**ORDER GRANTING PETITION FOR DISCOVERY
IN AID OF ENFORCEMENT OF JUDGMENT**

Upon consideration of Plaintiff's Petition for Discovery in Aid of Enforcement of Judgment, good cause appearing therefor, it is accordingly this ____ day of _____ 2003,

**ORDERED**, the World Wide Delivery, Inc. appear before _____ for examination under oath concerning any income, assets and property which the Defendant/ Judgment Debtor may have, on the ___ day of _____ 2003 at __ o'clock _.m., in the U.S. Courthouse, located at 101 W. Lombard St., Baltimore, MD 21201; and it is further

**ORDERED**, that the Defendant/ Judgment Debtor shall bring with it to the examination all bank books, papers, books and records in its possession pertaining to its income, assets and property; and it is further

**ORDERED**, that the Defendant/ Judgment Debtor shall designate one or more officers, directors, managing agents, or other persons who will testify on its behalf regarding the matters described herein; and it is further

**ORDERED**, that a copy of the Petition and this Order shall be served on the Defendant/ Judgment Debtor on or before the \_\_\_\_ day of _____, 2003.

**Notice to Defendant: If you fail to appear at this hearing, the Court may enter an Order holding you in contempt.**

_____
**JUDGE**, U.S. District Court

0305/ PENSKE AP23