UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PENSKE TRUCK LEASING CO.** )<br>  )<br>    Plaintiff/Judgment Creditor   )<br>  )<br> v.    )<br>  )<br> **WORLD WIDE DELIVERY, INC.**   )<br> d/b/a World Wide Delivery Service  )<br>  )<br>    Defendant/Judgment Debtor  )<br>_____)<br>  )<br> **ADVO, INC.**  )<br>  )<br>    Garnishee   )<br>_____) | CIVIL NO.  MJG 02 CV 3589 |

REQUEST OF PLAINTIFF FOR ISSUANCE OF
WRIT OF GARNISHMENT OF PROPERTY

Madam/Mr. Clerk:

    A final judgment was entered in the above entitled action on February 10, 2003.  No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

    Please issue a Writ of Garnishment of Property to:

>Advo, Inc.
>Serve:  The Corporation Trust, Incorporated
>300 E. Lombard Street
>Baltimore, Maryland  21201

Amount presently due and owing: $154,794.71, plus costs.


Date:   April 25, 2003                    _____
                                                James P. Koch, Esquire
                                                1101 St. Paul Street, Suite 404
                                                Baltimore, Maryland  21202
                                                (410) 539-7816
                                                Attorney for Plaintiff/Judgment Creditor

Md/c/c/penske/worldwide/advo-req