UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PENSKE TRUCK LEASING CO.** ) | |
| ) | |
|     **Plaintiff/Judgment Creditor** ) | |
| ) | |
| v. ) | **CIVIL NO.  MJG 02 CV 3589** |
| ) | |
| **WORLD WIDE DELIVERY, INC.** ) | |
| d/b/a World Wide Delivery Service ) | |
| ) | |
|     **Defendant/Judgment Debtor** ) | |
| ) | |
| **ADVO, INC.** ) | |
| ) | |
|     **Garnishee** ) | |

**REQUEST OF PLAINTIFF FOR ISSUANCE OF
WRIT OF GARNISHMENT OF PROPERTY**

Madam/Mr. Clerk:

    A final judgment was entered in the above entitled action on February 10, 2003.  No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

    Please issue a Writ of Garnishment of Property to:

> **Advo, Inc.**
> **Serve:  The Corporation Trust, Incorporated**
> **300 E. Lombard Street**
> **Baltimore, Maryland  21201**

Amount presently due and owing: $154,794.71, plus costs.

Date:   April 25, 2003                         _____
                                                                   James P. Koch, Esquire
                                                                   1101 St. Paul Street, Suite 404
                                                                   Baltimore, Maryland  21202
                                                                   (410) 539-7816
                                                                   Attorney for Plaintiff/Judgment Creditor

Md/c/c/penske/worldwide/advo-req