UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PENSKE TRUCK LEASING CO. )<br>)<br>    Plaintiff/Judgment Creditor )<br>)<br>v. )<br>)<br>WORLD WIDE DELIVERY, INC. )<br>d/b/a World Wide Delivery Service )<br>)<br>    Defendant/Judgment Debtor )<br>_____)<br>)<br>FEDEX FREIGHT EAST, INC. )<br>)<br>    Garnishee )<br>_____) | CIVIL NO.  MJG 02 CV 3589 |

REQUEST OF PLAINTIFF FOR ISSUANCE OF
WRIT OF GARNISHMENT OF PROPERTY

Madam/Mr. Clerk:

    A final judgment was entered in the above entitled action on February 10, 2003.  No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

    Please issue a Writ of Garnishment of Property to:

> **District Safety Products, Inc.**
> Serve:  Pernell J. Williams, Resident Agent
> 9241 Hampton Overlook
> Capitol Heights, Maryland  20743

Amount presently due and owing: $154,794.71, plus costs.


Date:  April 25, 2003

                                                                  _____
                                                                   James P. Koch, Esquire
                                                                   1101 St. Paul Street, Suite 404
                                                                   Baltimore, Maryland  21202
                                                                   (410) 539-7816
                                                                   Attorney for Plaintiff/Judgment Creditor