UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PENSKE TRUCK LEASING CO.** ) | |
| ) | |
| **Plaintiff/Judgment Creditor** ) | |
| ) | |
| v.   ) | CIVIL NO.  MJG 02 CV 3589 |
| ) | |
| **WORLD WIDE DELIVERY, INC.** ) | |
| **d/b/a World Wide Delivery Service** ) | |
| ) | |
| **Defendant/Judgment Debtor** ) | |
| ) | |
| ) | |
| **FEDEX FREIGHT EAST, INC.** ) | |
| ) | |
| **Garnishee** ) | |
| ) | |

**WRIT OF GARNISHMENT OF PROPERTY**

**TO GARNISHEE:**     Fedex Freight East, Inc.

**ADDRESS:**     Serve:  The Corporation Trust, Incorporated
300 E. Lombard Street
Baltimore, Maryland  21202

YOU are hereby directed to hold the property of the judgment debtor named above subject to further proceedings in this Court. **YOU MUST FILE A WRITTEN ANSWER** within 30 days after service of this Writ on you. Failure to do so may result in judgment by default being entered against you, the garnishee.

(NOTE: The answer shall admit or deny that the garnishee is indebted to the judgment debtor or has possession of property of the judgment debtor and shall specify the amount and nature of any debt and describe any property. The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the judgment debtor could assert. After answering, the garnishee may pay any garnished indebtedness into court and may deliver to the U.S. Marshall any garnished property, which shall then be treated as if levied upon by the U. S. Marshall.)

**TO THE JUDGMENT DEBTOR:**

You are hereby notified that you may file in the Office of the Clerk of this Court, within 30 days after service of the Writ of Garnishment on the garnishee, a motion electing to exempt from the garnishment selected items of property or cash not exceeding a total cumulative value of $3,000. In addition, you have the right under Maryland or Federal law to claim an exemption of certain property or money including: (1) A portion of earnings (Wage Income); (2) Welfare payments; (3) Social

Security Disability Benefits and Supplemental Security Income Benefits; (4) Retirement Income (Public/Private); (5) Alimony and Child Support; (6) Unemployment and Workmen's Compensation; (7) Disability and Health Insurance payments; (8) Annuities; (9) Life Insurance; (10) Household Goods, Work Tools, etc. You also have a right to file a motion for release of the garnished property before entry of judgment (Md. Rule 2-643[c]). All motions must be filed in the Office of the Clerk, U.S. District Court, Suite 4415, U.S. Courthouse, 101 W. Lombard Street, Baltimore, MD 21201 or 6500 Cherrywood Lane, Suite 240, Greenbelt, Maryland 20770, and must state the basis upon which the release of garnished property is sought. If a hearing is desired, it should be requested in the motion.

**WITNESS** the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date of Issue: _____                    _____
                                                                            Clerk


                                             By:_____
                                                                      Deputy Clerk

(Note: Promptly after service upon the garnishee, the person
       making service shall mail a copy of this Writ to the
       judgment debtor's last known address.  Service of this
       Writ shall be made in accordance with Md. Rule 2-121)

**ADDRESS OF JUDGMENT DEBTOR**

**World Wide Delivery, Inc.**          EIN# 52-1103970
**d/b/a World Wide Delivery Service**
**7090 Troy Hill Drive, #C**
**Elkridge, Maryland  21075**

Md/c/c/penske/ww/writ-fedex