UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**PENSKE TRUCK LEASING CO.** :

    Plaintiff

v.                                  Civ. Action No. MJG 02 3589

**WORLD WIDE DELIVERY, INC.**

    Defendant

**FEDEX FREIGHT EAST, INC.**

    Garnishee

---

### ORDER GRANTING MOTION TO DISMISS GARNISHMENT AND VACATE ORDER REQUIRING FEDEX FREIGHT EAST, INC. TO PAY FUNDS TO CLERK OF COURT

Upon consideration of the motion filed herein by Penske Truck Leasing Co. to dismiss the garnishment served on Fedex Freight East, and to vacate this Court's order requiring Fedex Freight East, Inc. to pay funds to Clerk of Court, good cause appearing for granting the requested relief, it is accordingly this 24 day of July

ORDERED, that the Motion be and it is hereby GRANTED; and it is

ORDERED, that the writ of garnishment served on Fedex Freight East, Inc. be and it is DISMISSED; and it is further

ORDERED, that this Court's Order Requiring Fedex Freight East, Inc. to Pay funds to Clerk of Court be and it is hereby VACATED.

                                            /s/
                            JUDGE, U.S. District Court
                              MARVIN J. GARBIS